**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Troy J. Kelly** | Social Security number or ITIN **xxx–xx–2702** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number: **18–04614**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Troy J. Kelly

May 22, 2018

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-04614-PSH
Troy J. Kelly                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2              Date Rcvd: May 22, 2018
                              Form ID: 318              Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
```
db             +Troy J. Kelly,    13601 S. Archer Ave.,    Lot 28,    Lemont, IL 60439-4748
26468297       +12 Easy Money,    110 Hammond Drive,    Suite 110,    Atlanta, GA 30328-4806
26468299        Adventist LaGrange Memorial,    PO Box 24013,    Chattanooga, TN 37422-4013
26468302        Alabama Power Co,    1021 W Al-144,    Ohatchee, AL 36271
26468305       +Buschbach Insurance Agency, Inc.,    5615 95th St,    Oak Lawn, IL 60453-2383
26468308        CBSI Radalogy Systems,    550 Greensboro Ave,    Suite 301,    Tuscaloosa, AL 35401-1584
26468313       +CNAC/AL106,    105 Skyland Blvd E,    Tuscaloosa, AL 35405-4026
26468310       +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26468311        City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
26468312        City of Chicago Red Light Camera,    PO Box 8073,    Chicago, IL 60680-8073
26468314        Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
26468315       +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
26468318       +EM Strategies, Ltd,    PO Box 366,    Hinsdale, IL 60522-0366
26468323        GEICO Direct,    Regional Office,    One Geico Center,    Macon, GA 31296-0001
26468324       #HSBC,    PO Box 1231,    Brandon, FL 33509-1231
26468329       +Illinois Emergency Medical Special,    500 Remington Blvd.,    Bolingbrook, IL 60440-4906
26468298      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: ACB American, Inc.,      PO Box 2548,    Cincinnati, OH 45201-2548)
26468332       +LVNV Funding, LLC,    PO box 1269,    Greenville, SC 29602-1269
26468333       +Marquette Bank,    6316 S Western,    Chicago, IL 60636-2491
26468334       +Merchants Credit Guide,    223 W. Jackson Blvd,    Chicago, IL 60606-6914
26468337       +Pioneer Credit Recovery, Inc.,    PO Box 500,    Horseheads, NY 14845-0500
26468336      #+Pioneer Credit Recovery, Inc.,    197 SW Waterford Court,    Lake City, FL 32025-0711
26468338       +Progressive Insurance Company,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
26468340       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
26468341        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26468342       +Security Credit Services, LLC,    2623 W Oxford Loop,    Oxford, MS 38655-5442
26468343        Signature Loan Service,    140 Madison,    Memphis, TN 38103-2614
26533282       +The Illinois Department of Employment Security,    The Illinois Attorney General’s Office,
                 33 S. State St. Ste. 992,    Chicago, IL 60603-2803
26468346       +Tribute,    PO Box 105555,    Atlanta, GA 30348-5555
26468353       +Xfinity,    1585 Waukegan Road,    Waukegan, IL 60085-6727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QZLZIELINSKI.COM May 23 2018 04:49:00      Zane Zielinski, Trustee,    Zane Zielinski P.C.,
                 6336 North Cicero,    Suite 201,    Chicago, IL 60646-4448
26468304       +EDI: CINGMIDLAND.COM May 23 2018 04:48:00      AT&T,    Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
26468300        EDI: AFNIRECOVERY.COM May 23 2018 04:48:00      Afni,    1310 Martin Luther King Drive,
                 PO Box 3517,    Bloomington, IL 61702-3517
26468301       +EDI: ALDEPREV.COM May 23 2018 04:48:00      Alabama Department of Revenue,    50 N. Ripley Street,
                 Montgomery, AL 36130-1001
26726983       +E-mail/Text: G2APCBANK@southernco.com May 23 2018 01:06:27      Alabama Power Company,
                 600 North 18th Street,    Box 17N-0043,    Birmingham, AL 35203-2200
26468303       +EDI: PHINHARRIS May 23 2018 04:49:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26489621       +EDI: ATLASACQU.COM May 23 2018 04:48:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
26468306       +EDI: CAPITALONE.COM May 23 2018 04:49:00      Capital 1 Bank,    Attn: General Correspondence,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
26468307       +E-mail/Text: bankruptcy@cavps.com May 23 2018 01:07:32      Cavalry Investments, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
26468309       +Fax: 602-659-2196 May 23 2018 01:26:23      Check Systems,    Consumer Relations,
                 7805 Hudson Road, Ste. 100,    Woodbury, MN 55125-1595
26468316       +EDI: CCS.COM May 23 2018 04:48:00      Credit Control Service,    725 Canton St.,
                 Norwood, MA 02062-2679
26468317       +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM May 23 2018 01:08:44      Credit Systems International,
                 PO Box 1088,    1277 Country Club Lane Fw Tx 76112,    Arlington, TX 76004-1088
26468319        E-mail/Text: bknotice@ercbpo.com May 23 2018 01:07:06      Enhanced Recovery Collection,
                 Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
26468321        EDI: BLUESTEM May 23 2018 04:49:00      FINGERHUT/WEBBANK,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
26468320        EDI: BLUESTEM May 23 2018 04:49:00      Fingerhut,    PO Box 1250,    Saint Cloud, MN 56395-1250
26468322       +EDI: CCS.COM May 23 2018 04:48:00      Geico Casulaty Company,    Center 27,    PO Box 55126,
                 Boston, MA 02205-5126
26468325        EDI: IIC9.COM May 23 2018 04:49:00      IC Systems, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
26468326        E-mail/Text: des.claimantbankruptcy@illinois.gov May 23 2018 01:08:24      IDES,
                 Benefit Repayments,    PO Box 6996,    Chicago, IL 60680-6996
26468330        EDI: IRS.COM May 23 2018 04:49:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
```

```
District/off: 0752-1           User: rgreen               Page 2 of 2            Date Rcvd: May 22, 2018
                               Form ID: 318               Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
26468327        E-mail/Text: des.claimantbankruptcy@illinois.gov May 23 2018 01:08:24
                 Illinois Department of Employment S,   Benefit Payment Control,   PO Box 4385,
                 Chicago, IL 60680-4385
26468328        E-mail/Text: rev.bankruptcy@illinois.gov May 23 2018 01:06:49
                 Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
26468331        EDI: JEFFERSONCAP.COM May 23 2018 04:48:00      Jeffersncp (Jefferson Capital Syste,
                 16 McLeland Rd.,   Saint Cloud, MN 56303
26468335        E-mail/Text: bankrup@aglresources.com May 23 2018 01:05:51      Nicor Gas,   ALL MAIL GOES TO,
                 Bankruptcy Dept. PO Box 190,   Aurora, IL 60507-0190
26468339       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 23 2018 01:02:27      Regional Acceptance Corporation,
                 1420 E Fire Tower Road,   Greenville, NC 27858-4139
26502377        EDI: ALDEPREV.COM May 23 2018 04:48:00      State of Alabama Department of Revenue,
                 P.O. Box 320001,   Montgomery, AL 36132-0001
26468344        EDI: AISTMBL.COM May 23 2018 04:48:00      T Mobile Bankruptcy Team,   PO Box 53410,
                 Bellevue, WA 98015
26468345        EDI: AISTMBL.COM May 23 2018 04:48:00      T Mobile Wireless,   Attn: Bankruptcy Dept.,
                 PO Box 37380,   Albuquerque, NM 87176-7380
26468347       +E-mail/Text: EBankruptcy@UCFS.NET May 23 2018 01:09:17      United Consumer Financial Services,
                 865 Bassett Road,   Westlake, OH 44145-1194
26468348       +EDI: VERIZONCOMB.COM May 23 2018 04:49:00      Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN 55426-0055
26468349       +EDI: BLUESTEM May 23 2018 04:49:00      Webbank,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
26468350       +EDI: WFFC.COM May 23 2018 04:48:00      Wells Fargo (Credit Cards),   Bankruptcy Department,
                 4137 121st Street,   Urbandale, IA 50323-2310
26468351       +EDI: WFFC.COM May 23 2018 04:48:00      Wells Fargo Financial Cards,   PO Box 94498,
                 Las Vegas, NV 89193-4498
26468352       +EDI: WFFC.COM May 23 2018 04:48:00      Wellsfargo,   Credit Bureau Dispute Resolution,
                 PO Box 14517,   Des Moines, IA 50306-3517
                                                                                               TOTAL: 33

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
```
          Andrew Dryjanski    on behalf of Plaintiff    The Illinois Department Of Employment Security
           andrew.dryjanski@illinois.gov, Rae.Piotrowski@Illinois.Gov;Ashley.walker@Illinois.Gov
          David M Siegel    on behalf of Debtor 1 Troy J. Kelly davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane  Zielinski, Trustee    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```